In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling a Liquor Tax Certificate.

ANGELO PERCOCO, Appellant.

*Matter of Farley (Percoco),* 170 App. Div. ——, affirmed.
(Argued October 4, 1915; decided October 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1915, which affirmed an order of Special Term revoking and canceling a liquor tax certificate upon the ground that the appellant did not file with his application statement for said certificate the consents of the owners of two-thirds of the total number of buildings occupied exclusively for dwellings within 300 feet of the certificated premises, as required by section 15, subdivision 8, of the Liquor Tax Law.

*Morton C. Fitch* and *Frederick E. Grant* for appellant.

*Louis M. King* and *A. M. Sperry* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.